1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John G. Elliott* for the petitioner. *Mr. Livingston Gifford* and *Mr. Anthony Gref* for the respondent.

---

No. 1048. MARKS & RAWOLLE, PETITIONERS, *v.* THE UNITED STATES. May 29, 1911. Petition for a writ of certiorari to the United States Court of Customs Appeals denied. *Mr. Benjamin A. Levett* for the petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Lloyd* for the respondent.

---

No. 1049. MATTHIAS RADIN ET AL., PETITIONERS, *v.* THE UNITED STATES. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry Levor* for the petitioners. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 1050. THE CINCINNATI EQUIPMENT COMPANY, PETITIONER, *v.* JOSEPH P. DEGNAN, RECEIVER, ETC. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Alexander L. Smith* and *Mr. J. H. Ralston* for the petitioner. No appearance for the respondent.

---

No. 1053. COLWELL LEAD COMPANY, PETITIONER, *v.* FRANCIS J. TORRANCE ET AL. May 29, 1911. Petition